# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

130143 & (86)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

STEPHEN WILLIAM BEHM,
        Plaintiff-Appellant,
        Cross-Appellee,

v

        SC: 130143
        COA: 252711, 253844
        Macomb CC: 2000-004774-NZ

WALLY CROSS and NORTH SAILS
DETROIT,
        Defendants-Appellees,
        Cross-Appellants.

_____/

      On order of the Court, the application for leave to appeal the July 19, 2005 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

_____
Clerk

t0619